## IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM

vs.

MANNIX FRANK SONGENI,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CRIMINAL CASE NO. CF0246-08**

**DECISION AND ORDER**
(The People's Motion in Limine to Allow the use of Leading Questions for a Minor Testifying Witness)

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on November 4, 2009, for a hearing on the People of Guam's ("the People") Motion in Limine to Allow the use of Leading Questions for a Minor Testifying Witness. Attorney Sally Tobin appeared on behalf of the People. Attorney Pablo M. Aglubat appeared on behalf of Mannix Frank Songeni ("Defendant"). Upon review of the evidence, oral and written arguments, and legal authorities presented by both attorneys, the court hereby issues this Decision and Order.

## BACKGROUND

On October 29, 2009, the People filed a Motion in Limine to Allow the use of Leading Questions for a Minor Testifying Witness. In the Motion, the People ask that the Court allow the People to ask leading questions of A.M. ("the Victim") and other minor witnesses. The

*People's Motion in Limine to Allow the use of Leading Questions* at 1 (October 29, 2009). The People stated that the Victim is currently nine years of age and other minor witnesses are nearly the same age as the Victim. Id.

On October 30, 2009, Defendant filed an Opposition to People's Motion in Limine to Permit Leading Questions of Minor Witness. Defendant argued that the asking of leading questions is not permissible under Rule 611(b)[1] of Guam Rules of Evidence. *Defendant's Opposition to People's Motion in Limine to Permit Leading Questions of Minor Witness* at 1 (October 30, 2009). The Court now addresses the People's Motion in Limine to Allow the use of Leading Questions for a Minor Testifying Witness.

## DISCUSSION

The People argued the Court allow the use of leading questions on the direct examination of children witnesses. *The People's Motion in Limine to Allow the use of Leading Questions* at 1 (October 29, 2009). Rule 611(c) of Guam Rules of Evidence provides that "leading questions should not be used on the direct examination of a witness except as may be necessary to develop the witness' testimony." "[A]sking leading questions of a child witness is a recognized exception to the general rule" against using leading questions in direct examination. *United States v. Castro-Romero*, 964 F.2d 942, 943-944 (9 the Cir. 1992). (citing the Advisory Committee Note to Fed.R.Evid. 611(c)). Leading questions are permitted during direct examination of a minor sexual abuse victim. *United States v. Demarrias*, 876 F.2d 674, 678 (8th Cir. 1989). In *United States v. Brady*, the Court noted in dicta that permitting leading questions of minor witnesses was "not an unusual practice." 579 F.2d 1121, 1130 (9th Cir. 1978)

---

[1] Guam Rules of Evidence Rule 611(c) is the proper section that addresses leading questions not Rule 611(b).

Defendant argued that the Court must exercise great caution to avoid supplying the witness a false memory. Defendant's Opposition to People's Motion in Limine to Permit Leading Questions of Minor Witness at 1 (October 30, 2009). Defendant cites, Green v. United States, 348 F.2d 340, 121 U.S.App.D.C. 111, to support his argument. In Green, the Court determined, that when deciding to allow the asking of leading questions on direct examination, the court must conduct an inquiry to determine why the prosecutor wants to ask leading questions. 348 F.2d at 341, 121 U.S.App.D.C. at 112.

In the present case, there are witnesses who are minors. The People have given the Court a valid exception to Rule 611(c)'s prohibition of asking leading questions on direct examination, that being, the witnesses are minors. The People also stated they do not intend to ask the minor witnesses exclusively leading questions on direct examination, but only if the need may arise. Motion Hearing at 9:45 a.m. (November 4, 2009). Therefore, the Court will grant the People's Motion in Limine to Allow the use of Leading Questions for a Minor Testifying Witness.

## CONCLUSION

By preponderance of the evidence and based on the foregoing reasons, the Court GRANTS the People's Motion in Limine to Allow the use of Leading Questions for a Minor Testifying Witness.

**SO ORDERED** this ___9___ day of ___Nov.___, 2009.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam.

NOV - 9 2009

Amando D. Guitoriano
Court Clerk, Superior Court of Guam

HONORABLE ANITA A. SUKOLA
Judge, Superior Court of Guam